COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Case number:        01-12-00743-CV

Style:              In re Wydell Dixon, Relator

                   Original Proceeding on Petition for Writ of Mandamus from *Texas City Animal Control v. Wydell Dixon*, No. CV-0067387 in the County Court at Law No. 3 of Galveston County, Texas, the Hon. Christopher Dupuy, presiding.

On August 16, 2012, relator, Wydell Dixon, filed a petition for writ of mandamus and an "Emergency Motion for Temporary Relief." Relator's emergency motion is **granted**. The proceedings below are stayed. The stay is effective until this mandamus proceeding is finally decided. Any party may file a motion for reconsideration of the stay. *See* TEX. R. APP. P. 52.10(c).

The Court further requests a response from the real party in interest. The response, if any, is due **Friday, August 31, 2012.**

It is so ORDERED.

Judge's signature:   /s/ Sherry Radack
                           Acting individually

Date:   8/23/12